IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ANDREA PRICHETT, et al.,** | Case No. 5:25-cv-09443-VKD |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION AND TO FILE RESPONSIVE PLEADINGS |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | Re: Dkt. No. 24 |

On November 10, 2025, the Plaintiffs and Defendants filed a Stipulation to extend Defendants' deadline to respond to Plaintiffs' Motion for Preliminary Injunction to December 1, 2025, and to extend Defendants' responsive pleading deadline to January 16, 2026. The Stipulation does not constitute consent to proceed before a Magistrate Judge, nor does it constitute a waiver of any claim, right, or defense.

Good cause appearing, the Court hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants shall file their response to Plaintiffs' Motion for Preliminary Injunction on or before December 1, 2025.

2. Plaintiffs shall file their reply to Defendants' response, if any, on or before December 8, 2025.

3. Defendants shall file their responsive pleadings on or before January 16, 2026.

**IT IS SO ORDERED.**

Dated: November 12, 2025

The Honorable Virginia K. DeMarchi
United States Magistrate Judge