WILLKIE FARR & GALLAGHER LLP
Douglas C. Emhoff (SBN 151049)
  DEmhoff@willkie.com
Alex M. Weingarten (SBN 204410)
  AWeingarten@willkie.com
Matthew M. Gurvitz (SBN 272895)
  MGurvitz@willkie.com
2029 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 855-3000

Attorneys for *Amicus Curiae*
Jewish Public Affairs Committee of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANDREA PRICHETT, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br>  Defendants. | Case No. 5:25-cv-09443-NW-NMC <br><br> Hon. Noël Wise <br><br> **NOTICE OF APPEARANCE** <br><br> Action Filed:   November 2, 2025 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Douglas C. Emhoff, Alex M. Weingarten, and Matthew M. Gurvitz of Willkie Farr & Gallagher LLP hereby appear as counsel for *Amicus Curiae* Jewish Public Affairs Committee of California in the above-captioned action.

Dated: December 1, 2025

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By: */s/ Alex M. Weingarten*
　　　Alex M. Weingarten

Attorneys for *Amicus Curiae*
Jewish Public Affairs Committee of California