THOMAS B. HARVEY (CA Bar #287198)
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida De Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440
tbhlegal@proton.me

JENIN YOUNES* (*pro hac vice*)
DEYAR JAMIL (*pro hac vice*)
AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE
910 17th Street Northwest, Suite 1000
Washington, DC 20006
Telephone: (202) 244-2990
jyounes@adc.org
*Designated Counsel for Service*

MICHAEL BRACAMONTES (CA Bar # 242655)
BRACAMONTES & VLASAK
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 835-6777
mbracamontes@bvlawsf.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **ANDREA PRICHETT, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 5:25-cv-09443-NW<br><br>**REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**THIRTY MINUTES ORAL ARGUMENT REQUESTED**<br><br>Date:        December 17, 2025<br>Time:        9:00 A.M.<br>Courtroom:   3<br>Judge:       The Honorable Nöel Weiss<br>Trial Date:  Not Set<br>Action Filed: 11/02/2025 |

Upon consideration of Plaintiffs' motion to file supplemental evidence in support of their motion for a preliminary injunction,

IT IS THEREFORE ORDERED THAT:

Plaintiffs' motion is GRANTED.  Defendants may submit a sur-reply of no more than five (5) pages, limited to addressing this evidence, by Wednesday, December 10, 2025.

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE

1