Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
Bina Ahmad, Esq. [S.B. #329387]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: dstormer@hadsellstormer.com
        hchandoo@hadsellstormer.com
        bahmad@hadsellstormer.com

Attorneys for *Amicus Curiae*
A JEWISH VOICE FOR PEACE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ANDREA PRICHETT, JONAH OLSON, DUNIA HASSAN, KAUSER ADENWALA, LA EDUCATORS FOR JUSTICE IN PALESTINE, ABDULRAHMAN JARRAR on behalf of his minor child, J.J., LINDA KHOURY-UMILI, on behalf of her minor children, Y.U. and L.U., and ALICE FINEN, on behalf of her minor child, G.F.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, Governor of the State of California, in his official capacity, ROB BONTA, Attorney General of California, in his official capacity, and TONY THURMOND, California Superintendent of Public Education, in his Official Capacity,<br><br>Defendants. | Case No.: 5:25-cv-09443-NW-NMC<br><br>[Assigned to the Honorable District Judge Noël Wise – Courtroom 3]<br><br>**DECLARATION OF STEFANIE FOX, EXECUTIVE DIRECTOR OF JEWISH VOICE FOR PEACE IN SUPPORT OF BRIEF OF *AMICI CURIAE***<br><br>Date:          December 17, 2025<br>Time:         9:00 A.M.<br>Courtroom:  3<br><br>Action Filed: November 2, 2025 |

DECL OF STEFANIE FOX ISO
BRIEF OF *AMICUS CURIAE*

## DECLARATION OF STEFANIE FOX

I, Stefanie Fox, declare as follows:

1. I am Executive Director of Jewish Voice for Peace ("JVP"), a U.S. based, grassroots membership organization mobilizing Jewish communities to fight for a just society in Palestine/Israel rooted in human rights rather than oppression, equality rather than supremacy, dignity rather than domination, democracy rather than dispossession. A society where every life is precious. I have been Executive Direct of JVP for 5 years, and a staff member prior to that for 16 years.

2. I am Jewish, the descendent of Ashkenazi Jews who barely survived antisemitic pogroms and instilled in me that the core of being Jewish is a belief that every life is a whole universe made *b'tselem Elohim*, in the image of the divine. I do my work for justice in Palestine/Israel and raise my Jewish child understanding that the Jewish obligation to save lives, *pikuach nefesh*, supersedes all other Jewish laws.

3. With 720,000 members and supporters, JVP is one of the largest progressive Jewish organizations in the world.

4. JVP believes that our voices and actions are needed because the Zionist movement and the state of Israel purport to speak for and act on behalf of all Jews.

5. We work to build with allied U.S.-based movements for justice towards liberation in Palestine/Israel and everywhere.

6. We are committed to both Jewish communities and Palestinian communities, and to creating the future we all deserve.

7. Our work is inspired by the Jewish Warsaw Ghetto fighters, labor organizers, Civil Rights veterans and many more ancestors who worked tirelessly for liberation – of all people.

8. We commit to dismantling antisemitism in the most effective way possible: as part of our struggle against all forms of oppression and bigotry.

9. We are committed to building an organizing home where Black, Indigenous, Latinx, Asian, SWANA/Mizrahi, and Sephardi Jewish members feel welcome, home, and whole, where white Jews feel supported to build their anti-racist praxis and bring their full selves, where all of our work embodies the multiplicity of Jewish histories, lineages, stories, and traditions, where each of us can

DECL OF STEFANIE FOX ISO
BRIEF OF *AMICUS CURIAE*                    -1-

name and fight out of our own specific stakes in building Jewish futures beyond nationalism and Zionism.

10.    Some Jewish legacy institutions make supporting the Israeli government the price of entry into our religion. They suggest that our millennia-old religion requires adherence to Zionism: an ideology that has required in practice the dispossession, occupation, oppression of Palestinians to create and maintain an ethno-state where Jews have more rights than Palestinians on their own indigenous land.

11.    As Jews, we do not believe that to be Jewish you must support Zionism. We welcome our communities into the life-affirming politics of anti-Zionism. Where Zionism suggests Jews require a supremacist nation state to answer the real question of Jewish safety, anti-Zionism means supporting justice for the Palestinian people, including their right to live in freedom and equality, and to return to their homes and land. Anti-Zionism also means believing that Jews, and all people, belong and should be safe wherever they live.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 10th day of December 2025, in Seattle, Washington.

_____
Stefanie Fox

DECL OF STEFANIE FOX ISO
BRIEF OF *AMICUS CURIAE*                    -2-