1  ROB BONTA
   Attorney General of California
2  DARRELL W. SPENCE (SBN: 248011)
   Supervising Deputy Attorney General
3  ANDREW Z. EDELSTEIN (SBN: 218023)
4  KATHERINE BRUCK (SBN: 342536)
   Deputy Attorneys General
5   300 South Spring Street, Suite 1702
    Los Angeles, CA 90013-1230
6   Telephone: (213) 269-6307
    Fax: (916) 731-2125
7   E-mail: Andrew.Edelstein@doj.ca.gov
8           Katherine.Bruck@doj.ca.gov
   *Attorneys for Governor Gavin Newsom, Attorney*
9  *General Rob Bonta, and Superintendent of Public*
   *Instruction Tony Thurmond, in their official*
10 *capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREA PRICHETT; JONAH OLSON; DUNIA HASSAN; KAUSER ADENWALA; LA EDUCATORS FOR JUSTICE IN PALESTINE; ABDULRAHMAN JARRAR, on behalf of his minor child, J.J.; LINDA KHOURY-UMILI, on behalf of her minor children, Y.U. and L.U.; ALICE FINEN, on behalf of her minor child, G.F.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California, in his official capacity; ROB BONTA, Attorney General of California, in his official capacity; and TONY THURMOND, California Superintendent of Public Education, in his official capacity,**<br><br>Defendants. | No. 5:25-cv-09443-NW<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:        December 17, 2025<br>Time:        9:00 a.m.<br>Courtroom: 3<br>Judge:       The Honorable Nöel Wise<br>Trial Date:  Not Set<br>Action Filed: November 2, 2025 |

In response to the Court's Notice of Questions (ECF No. 62), Defendants provide notice of the following supplemental authority they intend to rely on at the hearing:

*Virginia v. Hicks*, 539 U.S. 113, 118–19 (2003).

Dated: December 16, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

/s/ Katherine Bruck
KATHERINE BRUCK
Deputy Attorney General
*Attorneys for Defendants*