JENIN YOUNES* (*pro hac vice*)
DEYAR JAMIL (*pro hac vice*)
AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE
910 17th Street Northwest, Suite 1000
Washington, DC 20006
Telephone: (202) 244-2990
jyounes@adc.org
*Designated Counsel for Service*

THOMAS B. HARVEY (CA Bar #287198)
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida De Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440
tbhlegal@proton.me

MICHAEL BRACAMONTES (CA Bar # 242655)
BRACAMONTES & VLASAK
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 835-6777
mbracamontes@bvlawsf.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **ANDREA PRICHETT, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 5:25-cv-09443-NW<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:       December 17, 2025<br>Time:       9:00 A.M.<br>Courtroom:    3<br>Judge:       The Honorable Noël Weiss<br>Trial Date:   Not Set<br>Action Filed:  11/02/2025 |

1

Plaintiffs respectfully submit the following notice of supplemental authority in anticipation of tomorrow's hearing on their motion for a Preliminary Injunction.

- *Dodge v. Evergreen Sch. Dist. #114*, 56 F.4th 767, 778, 781-82, 787 (2022)

Dated: December 16, 2025                                        Respectfully submitted,

/s/ *Jenin Younes*
National Legal Director

/s/ *Deyar Jamil*

AMERICAN-ARAB
ANTI-DISCRIMINATION COMMITTEE
910 17th Street Northwest, Suite 1000
Washington, D.C. 20006
Telephone: (202) 244-2990
jyounes@adc.org

/s/ *Thomas B. Harvey*

THOMAS B. HARVEY (CA Bar #287198)
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida De Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440
tbhlegal@proton.me

/s/ *Michael Bracamontes*

MICHAEL BRACAMONTES
BRACAMONTES & VLASAK
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 835-6777
mbracamontes@bvlawsf.com

*Attorneys for Plaintiffs*