|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>FEB 5 2026<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ANDREA PRICHETT; et al.,

      Plaintiffs - Appellants,

 v.

Attorney General ROB BONTA, in his official capacity; et al.,

      Defendants - Appellees.

No. 26-10

D.C. No. 5:25-cv-09443-NW
Northern District of California,
San Jose

ORDER

The motion (Docket Entry No. 7) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT