**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **ANDREA PRICHETT, et al.,** | Case No. 5:25-cv-09443-NW |
| Plaintiffs, | |
| v. | ~~[PROPOSED]~~ **ORDER** |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

Pursuant to the parties' stipulation, it is ORDERED that:

1.  Plaintiffs are granted leave to file the Second Amended Complaint for the limited purpose of substituting the intended defendant (the Secretary of the California Government Operations Agency in his official capacity).

2.  All Defendants shall have forty-five (45) days from the date of this order to file a responsive pleading.

3.  The Motion to Dismiss (ECF No. 81) is moot because the operative complaint has been superseded and the Motion to Dismiss is off calendar.

IT IS SO ORDERED.

Dated:  March 9, 2026



GRANTED

Judge Noël Wise