IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREA PRICHETT; JONAH OLSON; DUNIA HASSAN; KAUSER ADENWALA; LA EDUCATORS FOR JUSTICE IN PALESTINE; ABDULRAHMAN JARRAR, on behalf of his minor child, J.J.; LINDA KHOURY-UMILI, on behalf of her minor children, Y.U. and L.U.; ALICE FINEN, on behalf of her minor child, G.F.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California, in his official capacity; ROB BONTA, Attorney General of California, in his official capacity; and TONY THURMOND, California Superintendent of Public Education, in his official capacity,**<br><br>Defendants. | No. 5:25-cv-09443-NW<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO (1) SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS, AND (2) CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br>Date:         June 24, 2026<br>Time:         9:00 a.m.<br>Courtroom:  3<br>Judge:        The Honorable Nöel Wise<br>Trial Date:   Not Set<br>Action Filed: November 2, 2025 |

Plaintiffs and Defendants filed a Stipulation to set a briefing schedule on a Motion to Dismiss (the "Motion") and continue a Case Management Conference.  The Stipulation does not constitute a waiver of any claim, right, or defense.

Good cause appearing, the Court hereby GRANTS the Stipulation and ORDERS as follows:

1.    Plaintiffs' Opposition to the Motion shall be due on May 22, 2026, and Defendants' Reply shall be due on June 9, 2026.

2.    The Case Management Conference is continued from May 12, 2026, to ~~June 24,~~ August 11 2026, and a Case Management Statement shall be filed on ~~June 5,~~ July 24 2026.

**IT IS SO ORDERED.**

Dated:  _____April 24, 2026_____          _____

The Honorable Nöel Wise,
United States District Court Judge

1