JENIN YOUNES* (*pro hac vice*)
MALAK AFANEH (*pro hac vice*)
SANA KHASHANG (*pro hac vice*)
AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE
910 17th Street Northwest, Suite 400
Washington, DC 20006
Telephone: (202) 244-2990
jyounes@adc.org
*Designated Counsel for Service*

THOMAS B. HARVEY (CA Bar #287198)
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida De Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440
tbhlegal@proton.me

MICHAEL BRACAMONTES (CA Bar # 242655)
BRACAMONTES & VLASAK
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 835-6777
mbracamontes@bvlawsf.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **ANDREA PRICHETT, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 5:25-cv-09443-NW<br><br>**NOTICE OF ADDITIONAL AUTHORITIES**<br><br>RE: ECF NO. 102 |

1

Pursuant to the Court's Oder, ECF No. 102, Plaintiffs respectfully submits the following legal authorities not previously cited in the briefs:

1. *Rumsfeld v. Forum for Academic & Institutional Rights, Inc.*, 547 U.S. 47, 52 n.2 (2006) ("The Court of Appeals did not determine whether the other plaintiffs have standing because the presence of one party with standing is sufficient to satisfy Article III's case-or-controversy requirement." (citations omitted)).

2. *Leonard v. Clark*, 12 F.3d 885, 888 (9th Cir. 1993) ("the general rule applicable to federal court suits with multiple plaintiffs is that once the court determines that one of the plaintiffs has standing, it need not decide the standing of the others." (citation omitted)).

3. *Thompson v. Cent. Valley Sch. Dist. No. 365,* 163 F.4th 654, 659-66 (9th Cir. 2025)

4. *GLBT Youth in Iowa Schools Task Force v. Reynolds*, 114 F.4th 660, 667-68 (8th Cir. 2024)

5. *Carey v. Brown*, 447 U.S. 455, 460-63 (1980)

Respectfully submitted,

/s/ *Jenin Younes*

/s/ *Malak Afaneh*

/s/ *Sana Khashang*

AMERICAN-ARAB ANTI-DISCRIMINATION
COMMITTEE
910 17th Street Northwest, Suite 400
Washington, D.C. 20006

2

Telephone: (202) 244-2990
jyounes@adc.org

s/*Thomas B. Harvey*

THOMAS B. HARVEY (CA Bar #287198)
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida De Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440
tbhlegal@proton.me

/s/*Michael Bracamontes*

MICHAEL BRACAMONTES
BRACAMONTES & VLASAK
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 835-6777
mbracamontes@bvlawsf.com

*Attorneys for Plaintiffs*